UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-03518-AB (AJWx) | Date: | October 19, 2015 |
| Title: | Paul Allen Wexler v. Jensen Pharmaceuticals, Inc., et al | | |

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Heather Conniff | David J Fishman |
| | Kathryn H Levering, PHV |

**Proceedings:**   PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [18]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.