| | |
|---|---|
| 1 | LINDA MILLER SAVITT, CA Bar No. 94164 |
| | lsavitt@brgslaw.com |
| 2 | DAVID J. FISHMAN, CA Bar No. 217608 |
| | dfishman@brgslaw.com |
| 3 | BALLARD ROSENBERG GOLPER & SAVITT, LLP |
| | 500 North Brand Boulevard, Twentieth Floor |
| 4 | Glendale, CA 91203-9946 |
| 5 | Telephone: (818) 508-3700 |
| | Facsimile: (818) 506-4827 |

JS-6

KATHRYN. H. LEVERING, *Pro Hac Vice*
kate.levering@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendants
Janssen Pharmaceuticals, Inc.
Johnson & Johnson Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL ALLEN WEXLER, | Case No. 2:15-cv-03518-AB (AJWx) |
| Plaintiff, | Los Angeles County Superior Court Case No. BC 577914 |
| v. | [**PROPOSED**] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| JENSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON SERVICES, INC., JASON PLUMLEY, and DOES 1 to 100, inclusive, | |
| Defendants. | |

The Court having considered the Motion of Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson Services, Inc. for Summary Judgment in the instant action, and having considered the moving, opposition and

reply papers and argument of counsel, and having been fully advised and the decision having been made, and in accordance with this Court's Order entered on July 25, 2016 granting Defendants' Motion for Summary Judgment in its entirety,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson Services, Inc. and against Plaintiff on each and every count of the Complaint;

2. Upon timely application to the Clerk, the Clerk shall tax such costs against Plaintiff and in favor of Defendants as allowed under 28 U.S.C. § 1920 and this Court's Local Rules; and,

3. Any motion for sanctions, including under 28 U.S.C. § 1927 for excess costs, expenses and attorneys' fees, must be filed within sixty (60) days following entry of judgment with a hearing date not to exceed ninety (90) days.

IT IS SO ORDERED.

DATED: August 17, 2016

_____
ANDRÉ BIROTTE JR.
United States District Judge

*Respectfully submitted by*:

BALLARD ROSENBERG
GOLPER & SAVITT LLP

By:     /s/ David J. Fishman
DAVID J. FISHMAN
Attorneys for JANSSEN PHARMACEUTICALS, INC.
AND JOHNSON & JOHNSON SERVICES, INC.